# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JESSE A. ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-01593-GMN-VCF |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GREG ARMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion to file an amended complaint (ECF #3). Plaintiff's motion is granted. He shall file his amended complaint within thirty (30) days. If plaintiff does not file an amended complaint within that time, the court shall review the original complaint (ECF #1-1).

**IT IS THEREFORE ORDERED** that plaintiff's motion to file an amended complaint (ECF #3) is **GRANTED**. Plaintiff shall have thirty (30) days to file his amended complaint.

1  **IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank section 1983
2  civil rights complaint form with instructions along with one copy of the original complaint.
3
4  DATED this 11th day of October 11, 2012.
5
6  _____
   UNITED STATES MAGISTRATE JUDGE