**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JESSE A. ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-01593-GMN-VCF |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GREG ARMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed an amended complaint (ECF #5). However, plaintiff's application to proceed *in forma pauperis* (ECF #1) is incomplete. The Financial Certificate signed by an authorized officer and the inmate institutional account statements are missing. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, including the institutional account statement, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (ECF #1) is **DENIED** as incomplete.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

1 **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

2 DATED this 9th day of January, 2013.

Gloria M. Navarro
United States District Judge